JOHN S. LEONARDO
United States Attorney
District of Arizona
MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: matthew.eltringham@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Ricardo Peral-Lopez,

    Defendant.

CR16-1157TUC

INDICTMENT

Violations:

18 U.S.C. § 915
(False Impersonation of Foreign Diplomat Consul or Officer)
Count 1 and 2

(UNDER SEAL)

THE GRAND JURY CHARGES:

### COUNT 1

On or about August 6, 2014, at or near Nogales, in the District of Arizona, the defendant, Ricardo Peral-Lopez, with the intent to defraud the United States, falsely assumed and pretended to be a diplomatic, consular or other official of a foreign government duly accredited as such to the United States and acted as such; in violation of Title 18, United States Code, Sections 915.

### COUNT 2

On or about April 14, 2016, at or near Tubac, in the District of Arizona, the defendant, Ricardo Peral-Lopez, with the intent to defraud the United States, falsely assumed and pretended to be a diplomatic, consular or other official of a foreign

1  government duly accredited as such to the United States and acted as such; in violation of
2  Title 18, United States Code, Sections 915.

A TRUE BILL

/S/
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/

Matthew G. Eltringham
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

JUN 0 8 2016