# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Ricardo Peral-Lopez,<br>　　　　Defendant. | No. CR-16-01157-001-TUC-CKJ (DTF)<br>**ORDER** |

　　　　On December 21, 2016, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation (Doc. 55) in which he recommended the Motion to Dismiss Superseding Indictment for Prosecutorial Misconduct in Grand Jury Proceedings (Doc. 44) be denied. The Report and Recommendation notified the parties that they had 14 days from the date of service of the Report and Recommendation to file any objections. No objections have been filed.

　　　　The standard of review that is applied to a magistrate judge's report and recommendation is dependent upon whether a party files objections – the Court need not review portions of a report to which a party does not object. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the Court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). Nonetheless, "while the statute does not require the judge to review

an issue de novo if no objections are filed, it does not preclude further review by the district judge, sua sponte or at the request of a party, under a de novo or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed and considered the pending motions before the magistrate judge and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 55) is ADOPTED.

2. The Motion to Dismiss Superseding Indictment for Prosecutorial Misconduct in Grand Jury Proceedings (Doc. 44) is DENIED.

Dated this 13th day of January, 2017.

*Cindy K. Jorgenson*
Honorable Cindy K. Jorgenson
United States District Judge